```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   AQUILINO GARNICA-TINOCO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-00018 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS CONFERENCE AND |
| v. | ) EXCLUDING TIME |
| AQUILINO GARNICA-TINOCO, | ) Date:  March 12, 2010 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant United States Attorney, and Aquilino Garnica-Tinoco, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from March 12, 2010 to April 2, 2010.  This continuance is being sought in order to permit further discussion and consultation regarding possible resolution of the case.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through April 2, 2010.

1      IT IS SO STIPULATED.

2 Dated: March 11, 2010

3                                 Respectfully submitted,

                                DANIEL J. BRODERICK
4                                 Federal Defender

5                                 /s/ JEFFREY L. STANIELS
                                JEFFREY L. STANIELS
6                                 Assistant Federal Defender
                                Attorney for Defendant
7                                 AQUILINO GARNICA-TINOCO

8

9 Dated: March 11, 2010

                                BENJAMIN B. WAGNER
10                                United States Attorney

11                                 /s/ Michael Anderson
                                MICHAEL ANDERSON
12                                 Assistant U.S. Attorney

13

14

15                                 **O R D E R**

16      The foregoing stipulation of counsel is accepted. The above

17 captioned matter is ordered to be continued until April 2, 2010, at 9:00

18 a.m. on this court's regular criminal calendar. Time for trial under the

19 Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),

20 Local Code T-4 from the filing of this stipulation through April 2, 2010.

21       IT IS SO ORDERED.

22 Dated: March 15, 2010

23

24                                 GARLAND E. BURRELL, JR.
25                                 United States District Judge

26

27

28