DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AQUILINO GARNICA-TINOCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-00018 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| AQUILINO GARNICA-TINOCO, | Date:  April 2, 2010 |
| | Time:  9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Assistant U.S. Attorney Daniel McConkie, acting for MICHAEL ANDERSON, Assistant United States Attorney, and Aquilino Garnica-Tinoco, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from April 2, 2010 to April 30, 2010.  This continuance is being sought in order to permit further discussion and consultation regarding possible resolution of the case, and receipt of resolution related documents from the Probation Office and from the government.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial

1  Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4
2  from the filing of this stipulation through April 30, 2010.
3      IT IS SO STIPULATED.
4  Dated: April 1, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
AQUILINO GARNICA-TINOCO

Dated: April 1, 2010

BENJAMIN B. WAGNER
United States Attorney

 /s/ Daniel McConkie
DANIEL McCCONKIE (for)
MICHAEL ANDERSON
Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until April 30, 2010, at 9:00 a.m. on this court's regular criminal calendar. Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through April 30, 2010.

    IT IS SO ORDERED.

Dated: April 1, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge