```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   AQUILINO GARNICA-TINOCO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-00018 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| AQUILINO GARNICA-TINOCO, | Date: April 30, 2010 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant United States Attorney, and Aquilino Garnica-Tinoco, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from April 30, 2010 to May 28, 2010. This continuance is being sought in order to permit further discussion and consultation regarding possible resolution of the case, and receipt of resolution related documents from the Probation Office and from the government.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial

Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through May 28, 2010.

IT IS SO STIPULATED.

Dated: April 29, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
AQUILINO GARNICA-TINOCO

Dated: April 29, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Michael Anderson
MICHAEL ANDERSON
Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until May 28, 2010, at 9:00 a.m. on this court's regular criminal calendar. Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through May 28, 2010.

IT IS SO ORDERED.

Dated: May 5, 2010

GARLAND E. BURRELL, JR.
United States District Judge