```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AQUILINO GARNICA-TINOCO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-00018 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS CONFERENCE AND |
| v. | ) EXCLUDING TIME |
| AQUILINO GARNICA-TINOCO, | ) Date:  June 25, 2010 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant United States Attorney, and Aquilino Garnica-Tinoco, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from May 28, 2010, to June 25, 2010. This continuance was sought in order to permit further investigation o f sentence related matters, and discussion and consultation regarding possible resolution of the case.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4

from May 28, 2010, through June 25, 2010.

IT IS SO STIPULATED.

Dated: June 1, 2010

>                             Respectfully submitted,
>
>                             DANIEL J. BRODERICK
>                             Federal Defender
>
>                             /s/ JEFFREY L. STANIELS
>                             JEFFREY L. STANIELS
>                             Assistant Federal Defender
>                             Attorney for Defendant
>                             AQUILINO GARNICA-TINOCO

Dated: June 1, 2010

>                             BENJAMIN B. WAGNER
>                             United States Attorney
>
>                              /s/ Michael Anderson
>                             MICHAEL ANDERSON
>                             Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until June 25, 2010, at 9:00 a.m. on this court's regular criminal calendar. Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through June 25, 2010.

IT IS SO ORDERED.

Dated:  June 3, 2010

>                             _____
>                             GARLAND E. BURRELL, JR.
>                             United States District Judge

Stip and Order                          -2-