DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AQUILINO GARNICA-TINOCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-00018 GEB |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS CONFERENCE AND |
| v. | ) EXCLUDING TIME |
| AQUILINO GARNICA-TINOCO, | ) Date:  June 25, 2010 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant United States Attorney, and Aquilino Garnica-Tinoco, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from June 25, 2010, to July 9, 2010. This continuance was sought in order to permit further investigation of sentence related matters, and discussion and consultation regarding possible resolution of the case.

/ / /

/ / /

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from June 25, 2010, through July 9, 2010.

IT IS SO STIPULATED.

Dated: June 24, 2010

    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
AQUILINO GARNICA-TINOCO

Dated: June 24, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Michael Anderson
MICHAEL ANDERSON
Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until July 9, 2010, at 9:00 a.m. on this court's regular criminal calendar. Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through July 9, 2010.

IT IS SO ORDERED.

Dated:  June 25, 2010

GARLAND E. BURRELL, JR.
United States District Judge