1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   AQUILINO GARNICA-TINOCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-00018 GEB |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS CONFERENCE AND |
| v. | ) EXCLUDING TIME |
| AQUILINO GARNICA-TINOCO, | ) Date:  July 9, 2010 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant United States Attorney, and Aquilino Garnica-Tinoco, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from July 9, 2010, to July 16, 2010, for entry of a change of plea.  This continuance is sought in order to permit submission and review by the court of a plea agreement and presentence report.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4

from July 9, 2010, through July 16, 2010.

IT IS SO STIPULATED.

Dated: July 8, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
AQUILINO GARNICA-TINOCO

Dated: July 8, 2010

BENJAMIN B. WAGNER
United States Attorney

 /s/ Michael Anderson
MICHAEL ANDERSON
Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until July 16, 2010, at 9:00 a.m. on this court's regular criminal calendar. Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4 from the filing of this stipulation through July 16, 2010.

IT IS SO ORDERED.

Dated: July 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge